JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| LOUIS LERMA, | ) | No. CV 11-07996-PSG (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| R. PHILIP GUTIERREZ, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Respondent's Motion to Dismiss is granted and the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: 4/12/12

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE